■ In the Matter of JASON CATO, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [16 NYS3d 352]—Appeal from a judgment of the Supreme Court (McNamara, J.), entered September 25, 2014 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole revoking his parole.

In October 2001, petitioner was convicted of multiple counts of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree and was sentenced to an aggregate prison term of 8½ to 17 years. He was released to parole supervision in August 2012, but was subsequently charged with violating the conditions of his parole. In May 2013, following a final parole revocation hearing, petitioner's parole was revoked and a 15-month delinquent time assessment was imposed. He then filed an administrative appeal. When it was not decided within four months, petitioner commenced this CPLR article 78 proceeding seeking to compel the Board of Parole to decide his administrative appeal. Following joinder of issue, Supreme Court dismissed the petition and this appeal ensued.

During the pendency of this proceeding, a decision on the merits of petitioner's administrative appeal was issued which renders the current appeal moot (*see Matter of Ruby Weston Manor v Commissioner of Health of the State of N.Y.*, 107 AD3d 1116, 1118 [2013]). Accordingly, the appeal must be dismissed.

Peters, P.J., Garry, Egan Jr. and Lynch, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.